IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AUDIE GANN                                                                                          PLAINTIFF

v.                                   NO.  3:05CV00155 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final determination of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 16th day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE